| | |
|---|---|
| JOSEPH F. HAAG (SBN 248749) | WILLIAM F. LEE (*pro hac vice forthcoming*) |
| WILMER CUTLER PICKERING | RICHARD W. O'NEILL (*pro hac vice pending*) |
| HALE AND DORR LLP | WILMER CUTLER PICKERING |
| 2600 El Camino Real, Suite 400 | HALE AND DORR LLP |
| Palo Alto, CA  94306 | 60 State Street |
| Telephone: (650) 858-6000 | Boston, MA 02109 |
| Facsimile:  (650) 858-6100 | Telephone: (617) 526-6000 |
| Joseph.Haag@wilmerhale.com | Facsimile:  (617) 526-5000 |
| | William.Lee@wilmerhale.com |
| | Richard.O'Neill@wilmerhale.com |

Attorneys for Plaintiff
LENOVO (UNITED STATES), INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| LENOVO (UNITED STATES) INC., <br><br> Plaintiff, <br><br> vs. <br><br> NOKIA TECHNOLOGIES OY, <br><br> Defendant. | Case No. ____ <br><br> **LENOVO (UNITED STATES) INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> **<u>JURY TRIAL DEMANDED</u>** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, plaintiff Lenovo (United States) Inc. is owned wholly by Lenovo Holding Company Inc., which is indirectly a wholly-owned subsidiary of Lenovo Group Limited.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  December 7, 2020

Respectfully submitted,

/s/ Joseph F. Haag
Joseph F. Haag (SBN 248749)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100
Joseph.Haag@wilmerhale.com

William F. Lee (*pro hac vice forthcoming*)
Richard W. O'Neill (*pro hac vice pending*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile:  (617) 526-5000
William.Lee@wilmerhale.com
Richard.O'Neill@wilmerhale.com